IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-33

No. 436A20

Filed 16 April 2021

IN THE MATTER OF: C.M., K.S., J.S., M.A.S., and K.S.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 848 S.E.2d 749 (2020), affirming an order entered on 13 May 2019 by Judge Wayne L. Michael in District Court, Davie County. Heard in the Supreme Court on 23 March 2021.

> *Holly M. Groce, for petitioner-appellee Davie County Department of Social Services.*
>
> *Matthew D. Wunsche for appellee Guardian ad Litem.*
>
> *Garron T. Michael, for respondent-appellant.*

PER CURIAM.

AFFIRMED.